AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ASHLEY MARSHALL CARTER,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:21-cr-003

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with Order entered November 21, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Movant's 28 U.S.C. § 2255 motion is denied, and Movant is denied a certificate of appealability and leave to proceed in forma pauperis on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

November 22, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk